**Attorneys**

Kevin R. Martin*
Drew J. DeVinney

* Dual Board Certified Civil
Trial Specialist

**Staff**

Cherise Remiszewski, Paralegal
Crystal Baranek, Paralegal
Robin Thomas, Paralegal
Samantha Drifka, Paralegal



7280 S. 13th St., Ste. 102  |  Oak Creek, WI 53154
Phone: 414-856-2310  |  Fax: 414-856-2315
www.martin-law-office.com

March 3, 2015

Hon. Pamela Pepper
United States Courthouse
517 E Wisconsin Ave., Rm 140
Milwaukee, WI 53202

    Re:    Weyker v. Quiles, et al.
              Case No. 14CV782-PP

Dear Judge Pepper:

      This letter is to advise the court that an offer of judgment on behalf of all defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, has been accepted by the plaintiff, Tanya Weyker. Further pleadings will be forthcoming.

                                      Sincerely,

                                      MARTIN LAW OFFICE, S.C.

                                      /S/
                                      Drew J. DeVinney
                                      (414) 856-2670 (direct)
                                      (414) 856-2315 (fax)
                                      drew@martin-law-office.com

DJD

Cc:    Mr. Andrew A. Jones
        Mr. Charles Bohl
        Mr. Martin J. De Vries