# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TANYA WEYKER,

    Plaintiff,

v.

                              Case No. 14-CV-782-PP

DEPUTY JOSEPH QUILES,
DEPUTY SCOTT GRIFFIN,
DEPUTY BYRON TERRY,
SGT. MATTHEW PARADISE,
SHERIFF DAVID CLARKE, JR., and
MILWAUKEE COUNTY,

    Defendants.

### PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES AND COSTS

To:   Mr. Andrew A. Jones                    Mr. Martin J. De Vries
       Mr. Charles Bohl                       Sager & Colwin Law Offices, S.C.
       Whyte Hirschboeck Dudek SC     201 South Marr Street
       555 E Wells Street, Suite 1900      P.O. Box 2068
       Milwaukee, WI 53202              Fond du Lac, WI 54936-2068

    PLEASE TAKE NOTICE that the plaintiff, Tanya Weyker, by her attorneys, Martin Law Office, S.C., hereby moves the Court, the Honorable Pamela Pepper presiding, for an order awarding attorney's fees and costs to the plaintiff pursuant to 28 U.S.C. § 1988.

    The Plaintiff's motion is based upon the pleadings and documents already on file with the Court, as well as the Memorandum in Support of Plaintiff's Motion for Attorney's Fees and Costs; the Affidavit of Drew J. De Vinney in Support of Plaintiff's Motion for Attorney's Fees,

and accompanying exhibits; the Affidavit of Tanya Weyker; the Affidavit of Kevin R. Martin; and the Affidavit of Steven R. McDonald.

Dated at Oak Creek, Wisconsin, this 19th day of June, 2015.

Respectfully Submitted,

MARTIN LAW OFFICE, S.C.
Attorneys for Plaintiff Tanya Weyker

/s/ Drew J. De Vinney
_____

Kevin R. Martin
State Bar No. 01045748
Drew J. De Vinney
State Bar No. 01088576

ADDRESS
7280 S. 13th St., Ste.102
Oak Creek, WI 53154
414-856-2310 (office)
414-856-2315 (fax)
kevin@martin-law-office.com
drew@martin-law-office.com