UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: August 13, 2015
JUDGE: Pamela Pepper
CASE NO: 14-cv-782
CASE NAME: Tanya Weyker v. Joseph Quiles, et al
NATURE OF HEARING: Oral Ruling on Attorneys' Fees
APPEARANCES: Drew DeVinney – Attorney for the plaintiff
Kevin Martin – Attorney for the plaintiff
Martin DeVries- Attorney for the defendant – Quiles
Thomas Pozanski – Attorney for the defendants
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:05 a.m. – 11:01 a.m.

The court told the parties it had reviewed all the pleadings, and that before going into the basis for its decision it had a question for the Erickson & Oppenheimer firm. The court noted that no one from that firm was on the call today; Attorney DeVinney from the Martin Law Firm indicated that he had given Erickson & Oppenheimer notice of the date and time of the hearing, and had expected someone from that firm to be on the line.

The court told the parties that its question had to do with the fact that the itemized billing statement Erickson & Oppenheimer had prepared (attached to the defendants' pleading regarding its objection to fees) requested a different fee amount than Erickson & Oppenheimer's response brief. The court indicated that it would go ahead with today's ruling, but would have its staff contact Erickson & Oppenheimer and ask the firm to file something explaining which number was correct.

The court told the parties it was going to grant in part and deny in part the plaintiff's motion for attorneys' fees and costs, and summarized the reasons for that decision in detail on the record. It told the parties it would issue a written decision reflecting those reasons shortly.

1