# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TANYA WEYKER,

    Plaintiff,

v.

                                                  Case No. 14-CV-782-PP

DEPUTY JOSEPH QUILES,
DEPUTY SCOTT GRIFFIN,
DEPUTY BYRON TERRY,
SGT. MATTHEW PARADISE,
SHERIFF DAVID CLARKE, JR., and
MILWAUKEE COUNTY,

    Defendants.

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the plaintiff's complaint in the above-captioned matter may be dismissed, upon the merits and without costs to any party as against the other, and that an order to that effect may be entered without further notice or hearing.

Dated: August 8, 2016                MARTIN LAW OFFICE, S.C.
                                            Attorneys for Plaintiff

                                            /s/ Drew J. De Vinney

                                            Drew J. De Vinney
                                            State Bar No. 01088576
                                            7280 S. 13th St., Ste.102
                                            Oak Creek, WI 53154

Dated: August 8, 2016					HURSCH BLACKWELL LLP
							Attorneys for Defendants Milwaukee County,
							Sheriff David A. Clark, Jr., Sgt. Mathew Paradise,
							Deputy Scott Griffin, and Deputy Byron Terry

							/s/ Charles Bohl
							_____
							Mr. Andrew A. Jones
							State Bar No. 1023074
							Mr. Charles Bohl
							State Bar No. 1000239
							Whyte Hirschboeck Dudek SC
							555 E Wells Street, Suite 1900
							Milwaukee, WI  53202


Dated: August 8, 2016					SAGER & COLWIN LAW OFFICES, S.C.
							Attorneys for Defendant Deputy Joseph Quiles

							/s/ Martin J. De Vries
							_____
							Mr. Martin J. De Vries
							State Bar No. 1032279
							201 South Marr Street
							P.O. Box 2068
							Fond du Lac, WI  54936-2068

2